No. 93–902.  SMITH *v.* MALLARD & MINOR ET AL.  Ct. App. Ga.  Certiorari denied.

No. 93–920.  FENNELL ET UX. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–921.  SULLIVAN *v.* BIELUCH.  C. A. 2d Cir.  Certiorari denied.

No. 93–924.  BRECK *v.* PACIFICA BAY VILLAGE ASSOCIATES, INC., ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–929.  INTERCONTINENTAL BULKTANK CORP. *v.* JORDAN.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 93–943.  PERKO *v.* DAVIS, JUSTICE OF THE SUPREME COURT OF NEW YORK, COUNTY OF NEW YORK, ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 93–951.  DARULIS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–953.  PSJ CORP. ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (FULBRIGHT & JAWORSKI ET AL., REAL PARTIES IN INTEREST); SAY & SAY ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (CASTELLANO ET AL., REAL PARTIES IN INTEREST); and SHIEH *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (CHRISTOPHER ET AL., REAL PARTIES IN INTEREST).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–954.  TSACONAS ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 93–976.  SOARES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–1010.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–6552.  REESE ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.